UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS WILLIAM SILK,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 12-cv-05030-BHS-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

  This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 22.)

  After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Commissioner.

1  On remand, based on the parties' stipulation, this Court recommends that the
2  Administrative Law Judge (hereinafter "ALJ") evaluate the psychological evaluation of Robert
3  Schneider, Ph.D.  Furthermore, the ALJ on remand should evaluate the entire medical record,
4  any additional new medical evidence, plaintiff's impairments at steps two and three of the
5  sequential evaluation process, plaintiff's credibility, any lay witness evidence, plaintiff's residual
6  functional capacity, and steps four and five of the sequential evaluation process.

7  This Court further recommends that the ALJ take any other actions necessary to develop
8  the record.  In addition, plaintiff should be afforded a *de novo* hearing and should be allowed to
9  submit additional evidence and arguments to the ALJ on remand.

10  Given the facts and the parties' stipulation, the Court recommends that the District Judge
11  immediately approve this Report and Recommendation and order that the case be **REVERSED**
12  and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

13  Dated this 23rd day of July, 2012.

J. Richard Creatura
United States Magistrate Judge