1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6

7  DOUGLAS WILLIAM SILK,

8              Plaintiff,

CASE NO. C12-5030BHS

9  v.

ORDER GRANTING
PLAINTIFF'S UNOPPOSED
MOTION FOR EAJA FEES,
COSTS AND EXPENSES

10  MICHAEL J. ASTRUE,

11              Defendant.

12

13    This matter comes before the Court on Plaintiff's unopposed motion for EAJA

14  fees, costs and expenses.  Dkt. 26. The Court finds that good cause has been shown for

15  the award of EAJA fees, costs and expenses. Further, although the Court finds that §

16  2412(d)(1)(A) of the EAJA requires that any amount awarded must be sought by, and

17  awarded to, the Plaintiff and not his attorney, the Court also finds that EAJA allows, and

18  indeed anticipates, that such fee awards will be directly payable to Plaintiff's attorney and

19  not to Plaintiff.

20    Therefore, it is hereby

21

22

ORDER -- 1

1  **ORDERED** that Plaintiff is awarded EAJA fees in the amount of $6145.87, costs
2  in the amount of $374.60, and expenses in the amount of $48.10, payable to Plaintiff's
3  attorney.

4  Dated this 10th day of September, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge